UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| Bradley Peterson, <br>     Plaintiff, <br><br> vs. <br><br> Green Tree Servicing LLC <br>     Defendant. | § <br> §   Civil Action No.: 3:13-CV-00147-KC <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## DEFENDANT'S INITIAL DISCLOSURES

    Defendant Green Tree Servicing LLC ("Green Tree") hereby serves its initial disclosures on Plaintiff Bradley Peterson and would respectfully disclose the following:

**1.** **The name and if known, the address and telephone number of each individual likely to have discoverable information–along with the subjects of that information–that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

    In support of its claims or defenses, Defendants may use the following individuals likely to have discoverable information:

1. Bradley Peterson
   Plaintiff
   Sergei Lemberg
   Lemberg & Associates
   1100 Summer St., 3rd Floor
   Stamford, CT 06905
   (203) 653-2250

   Bradley Peterson is the named Plaintiff.

2. Any authorized representative of Green Tree Servicing LLC
   Green Tree Servicing LLC
   7360 South Kyrene Rd

**DEFENDANT'S INITIAL DISCLOSURES**
W:\1750\2393\Initial Disclosures.wpd      Page 1

Tempe, AZ 85283
(855) 454-2908

Any authorized representative of Green Tree would have knowledge of the information contained in Green Tree's files and of the collection efforts made on Plaintiff's account.

Defendants reserve the right to supplement this Disclosure as allowed by the Federal Rules of Civil Procedure.

2. **A copy–or a description by category and location–of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

   In support of its claims or defenses, Defendants may use the following documents:

   1. That certain Retail Installment Contract signed by Plaintiff Bradley Peterson for purchase of the Manufactured Home (the "Contract").

   2. Call logs which specifically reflect phone calls made to Plaintiff Bradley Peterson's cell phone.

3. **A computation of each category of damages claimed by the disclosing party–who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

   At this time, Defendant has not asserted any affirmative claims for relief, but reserves the right to assert an affirmative claim in the event it becomes necessary.

4. **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

   There is no insurance coverage available for the claims asserted in this case.

Respectfully submitted,

HIGIER ALLEN & LAUTIN, P.C.


By: /s/ *Richard A. McKinney*
     Richard A. McKinney
     *Attorney-in-charge*
     State Bar No. 13723430

5057 Keller Springs Road, Suite 600
Addison, Texas 75001-6020
Telephone: (972) 716-1888
Telecopy:  (972) 716-1899
rmckinney@higierallen.com
ATTORNEY FOR DEFENDANT GREEN TREE SERVICING LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2013, a true and correct copy of the foregoing was sent via U.S. Certified Mail, Return Receipt Requested and/or via fax to:

Sergei Lemberg
Lemberg & Associates
1100 Summer St., 3rd Floor
Stamford, CT 06905
(203) 653-3424 fax

     /s/ *Richard A. McKinney*
     Richard A. McKinney

**DEFENDANT'S INITIAL DISCLOSURES**
W:\1750\2393\Initial Disclosures.wpd  Page 3