# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| Bradley Peterson,<br><br>                Plaintiff,<br>v.<br><br>Greentree Servicing LLC,<br><br>                Defendant. | Civil Action No.: 3:13-cv-00147-KC |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 6, 2014

                                              Respectfully submitted,

                                              By:  */s/ Sergei Lemberg*

                                              Sergei Lemberg, *Attorney-in-Charge*
                                              Connecticut Bar No. 425027
                                              LEMBERG LAW, LLC
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424
                                              E-mail: slemberg@lemberglaw.com
                                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Sergei Lemberg*
Sergei Lemberg