IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRADLEY PETERSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-13-CV-147-KC |
| | § | |
| **GREENTREE SERVICING, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Joint Motion to Dismiss With Prejudice (the "Motion"), ECF No. 20, filed on April 7, 2014. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Motion, the Court **GRANTS** the Motion and **ORDERS** that all claims in this case are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions in this case, if any, are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** this 8th day of April, 2014.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE